**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

October 16, 2023

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Request **GRANTED**.  The remote discovery conference is hereby adjourned to **October 20, 2023 at 2:30 p.m.**

**SO ORDERED.**

Dated:  October 17, 2023
        New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:     *Nguyen-Wilhite v. Tapestry, Inc.*
        Case No. 23-CV-3339

Dear Judge Rochon:

We represent Tapestry, Inc. ("Tapestry") with respect to the above-referenced matter. We write to request an adjournment of the conference currently scheduled for October 18, 2023 at 3PM.  This is the first request for an adjournment of this conference.  Counsel to Plaintiff consents to this request.

The reason for the request is a conflict with a client engagement that affects each of the Counsel of Record for Tapestry.  We have conferred with Counsel to Plaintiff, and all Parties are available on October 18 (prior to 11:30AM) or October 20 (after 11:00AM).  If the Court requires additional availability, please let us know.

We thank the Court for its consideration of this request.

                        Respectfully submitted,

                        /s/ Brian D. Murphy

                        Brian D. Murphy
                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:     All Counsel of Record

SMRH:4869-5811-1849.1