**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
HUONG THU NGUYEN-WILHITE,

                           Plaintiff,                    23 **CIVIL** 3339 (JLR)

          -against-                        **JUDGMENT**

 TAPESTRY, INC.,

                           Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2026, Tapestry's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2026

                                    **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

                 **BY:**   _____
                                    **Deputy Clerk**